# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RANDY SCOTT MOODY, | Case No. 2:24-cv-02079-CDS-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MARILYNN ROBERGE MALERBA, | |
| Defendant. | |

On November 7, 2024, Plaintiff filed his Complaint. ECF No. 1. The Court later screened and dismissed his Complaint pursuant to 28 U.S.C. § 1915(e)(2) and twice provided Plaintiff with a deadline to file an amended complaint. ECF Nos. 6 and 8. However, in screening his Complaint, the Court overlooked the fact that Plaintiff paid the filing fee. *See* ECF No. 1. As such, the Court lacked authority to screen and dismiss Plaintiff's Complaint.

**IT IS THEREFORE ORDERED** that the Court's Screening Order (ECF No. 6) and the Minute Order setting the amended complaint deadline (ECF No. 8) are **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff must serve Defendant with his Complaint (ECF No. 1) in accordance with Federal Rule of Civil Procedure 4(c).

**IT IS FURTHER ORDERED** that Plaintiff must serve Defendant by **June 11, 2025**. Failure to do so may result in a recommendation that his case be dismissed. *See* FED. R. CIV. P. 4(m).

DATED this 13th day of March 2025.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE